# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1298**

**CA 13-00767**

PRESENT: SMITH, J.P., PERADOTTO, LINDLEY, VALENTINO, AND WHALEN, JJ.

---

DARRYL GAITER AND HELEN GAITER,
PLAINTIFFS-RESPONDENTS,

V                                        MEMORANDUM AND ORDER

CITY OF BUFFALO BOARD OF EDUCATION AND
MARTIN LUTHER KING SCHOOL #39,
DEFENDANTS-APPELLANTS.

---

TIMOTHY A. BALL, CORPORATION COUNSEL, BUFFALO (DAVID M. LEE OF COUNSEL), FOR DEFENDANTS-APPELLANTS.

LAW OFFICE OF ERIC B. GROSSMAN, WILLIAMSVILLE (ERIC B. GROSSMAN OF COUNSEL), FOR PLAINTIFFS-RESPONDENTS.

---------------------------------------------------------------------------------------------------------

Appeal from an order of the Supreme Court, Erie County (Timothy J. Drury, J.), entered February 4, 2013. The order awarded plaintiffs money damages after a nonjury trial.

It is hereby ORDERED that said appeal is unanimously dismissed without costs.

Memorandum: On appeal from an order awarding damages to plaintiffs in this personal injury action, defendants contend that the award of damages deviates materially from what would be reasonable compensation (*see* CPLR 5501 [c]). We must dismiss the appeal because defendants failed to include the "partial judgments," i.e., relevant and necessary documents of the record, in the record on appeal (*see* *Copp v Ramirez*, 62 AD3d 23, 28, *lv denied* 12 NY3d 711; *Desmarat v Basile*, 288 AD2d 336, 337; *Reiss v Reiss*, 280 AD2d 315, 315). In any event, defendants' contention is not preserved for our review (*see* *Homan v Herzig* [appeal No. 2], 55 AD3d 1413, 1413-1414; *see also* *Barnes v Dellapenta*, 111 AD3d 1287, 1288).

Entered:  February 6, 2015                    Frances E. Cafarell
                                              Clerk of the Court